

**ORDERED in the Southern District of Florida on September 09, 2009.**

John K. Olson, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 09-19987-JKO
CHAPTER 13 CASE

IN RE:

MACK YOUNG

Debtor.
_____/

### ORDER GRANTING MODIFICATION OF STAY

THIS CASE came before the Court on September 8, 2009 upon Motion for Relief from Stay filed by **SELECT PORTFOLIO SERVICING, INC., AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF14 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF14 (Docket#29).** The Court having considered said Motion and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED

1. That the Motion of **SELECT PORTFOLIO SERVICING, INC., AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON**

09-34443

**BEHALF OF THE HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF14 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF14** for Relief from Stay be, and it is hereby, granted so that Creditor may seek relief to take possession of the subject property as it is entitled to under Florida Law for foreclosure of its mortgage encumbering the property described as:

> **LOT 16, 17 AND THE EAST ONE-HALF (E 1/2) OF LOT 18 IN BLOCK 48, OF "WILTON MANORS UNIT 1", ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 9, PAGE 2 AND ACCORDING TO THE AMENDED PLAT OF WILTON MANORS UNIT 1, AS RECORDED IN PLAT BOOK 15 AT PAGE 1, AND ACCORDING TO THE PLAT OF WILTON MANORS REAMENDED, AS RECORDED IN PLAT BOOK 23, AT PAGE 17, ALL OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.**

A/K/A: 419 NE 22ND STREET, FORT LAUDERDALE, FL 33305

2. It is further ORDERED, ADJUDGED AND DECREED that the Order granting Relief from the automatic stay be and is hereby entered for the sole purpose of allowing Movant to obtain an in rem judgment against the property and any other remedies the Movant may have under applicable non-bankruptcy law, provided that the Movant shall not seek or obtain an in personam judgment against the debtor.

###

Prepared by:   LAW OFFICES OF MARSHALL C. WATSON, P.A.
ATTN: SCOTT WEISS, ESQUIRE
1800 NORTH WEST 49TH STREET – SUITE #120
FORT LAUDERDALE, FLORIDA 33309

Scott Weiss, Esq., Is directed to furnish a
Conformed copy of this Order immediately
upon receipt of same and file certificate
of service with the court.

09-34443